KATHARINE R. FITZPATRICK, as Administratrix of the Estate of JOHN E. FITZPATRICK, Deceased, Respondent, *v.* BUFFALO UNION FURNACE COMPANY, Appellant.

*Fitzpatrick* v. *Buffalo Union Furnace Co.*, 134 App. Div. 909, affirmed.
(Argued January 13, 1910; decided January 28, 1910.

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 9, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the negligence of defendant, his employer.

*Alfred L. Becker* for appellant.

*Ralph S. Kent* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

DAVID FINKELSTEIN, by HYMAN H. FELDMAN, His Guardian ad Litem, Respondent, *v.* DAVID KRAMER, Appellant.

*Finkelstein* v. *Kramer*, 133 App. Div. 565, affirmed.
(Submitted January 14, 1910; decided January 28, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 13, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*William A. Jones, Jr.*, for appellant.

*Herbert C. Smyth, Charles C. Sanders* and *Emanuel M. Kaiser* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.